**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02481

CATHERINE WIESELER-MYERS,
individually and on behalf of others similarly
situated,

      Plaintiff,

v.

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC, d/b/a LEXINGTON LAW FIRM, a Utah
professional limited liability company,

      Defendant.

---

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

---

PLEASE TAKE NOTICE that Plaintiff Catherine Wieseler-Myers ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *with prejudice* as to all defendants. Plaintiff and defendant shall bear their own costs and attorneys' fees.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) states:

(a)    Voluntary Dismissal.

(1)    *By the Plaintiff.*

(A)    *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant has not yet appeared and has not served an answer or a motion for summary judgment.

DATED: April 4, 2018

s/ Michael Aschenbrener
*Michael Aschenbrener* (CO Bar # 51687)
KamberLaw LLC
201 Milwaukee St
Suite 200
Denver, CO 80206
Telephone: (212) 920-3072
E-mail: masch@kamberlaw.com

*Steven Woodrow* (CO Bar # 43140)
Woodrow & Peluso LLC
3900 E Mexico Ave
Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
E-mail: swoodrow@woodrowpeluso.com

Attorneys for Plaintiff and the Putative Class